UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISAURO MORALES BASURTO and RUBEN PEREZ
VAZQUEZ, *individually and on behalf of others
similarly situated*,

                    *Plaintiffs*,

    -against-

36 TOYAMA SUSHI INC. (d/b/a Atoyama Sushi),
ATOYAMA SUSHI CORP. (d/b/a Atoyama Sushi) and
FENG LI,
------------------------------------------------------------X

17-cv-5702 (JMF)

~~(PROPOSED)~~ JUDGMENT

WHEREAS, On July 2, 2018, Plaintiffs ISAURO MORALES BASURTO and RUBEN PEREZ VAZQUEZ (Plaintiffs) and Defendants 36 TOYAMA SUSHI INC. (d/b/a Atoyama Sushi), ATOYAMA SUSHI CORP. (d/b/a Atoyama Sushi) and FENG LI (Defendants) submitted a proposed consent judgment to the Court for approval as settlement of their claims; and

WHEREAS, on July 27, 2018, the Court approved the parties' settlement, and awarded the Plaintiffs $100,000, consisting of damages for the Plaintiffs of $79,269 and attorneys' fees and costs in the amount of $20.731.

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment against Defendants, jointly and severally, in the amount of $100,000, consisting of damages of $79,269, attorneys' fees of $20,000 and costs of $731, and that the Plaintiffs have execution thereof.

Dated: September 11, 2020
      New York, New York

                                       _____
                                       JESSE M. FURMAN
                                       United States District Judge